■ VR CAPITAL GROUP LTD., Appellant, v BROADRIDGE FINANCIAL SOLUTIONS, INC., Respondent. [30 NYS3d 544]—

Order, Supreme Court, New York County (Eileen Bransten, J.), entered January 29, 2016, which granted defendant's motion to compel arbitration, unanimously affirmed, with costs.

The motion court correctly found that there was a valid agreement to arbitrate and that the issue sought to be submitted to arbitration fell within the scope of the agreement's broad arbitration clause (*see Edgewater Growth Capital Partners, L.P. v Greenstar N. Am. Holdings, Inc.*, 69 AD3d 439, 439 [1st Dept 2010]).

Defendant's failure to provide plaintiff with the requisite notice that it intended to rely on the agreement's automatic renewal provision rendered that provision unenforceable, but, contrary to plaintiff's contention, it did not invalidate the agreement (*see* General Obligation Law § 5-903 [2]; *Ovitz v Bloomberg L.P.*, 77 AD3d 515 [1st Dept 2010], *affd* 18 NY3d 753 [2012]). Concur—Mazzarelli, J.P., Moskowitz, Manzanet-Daniels and Gesmer, JJ.